IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Delaware Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Andrew John Glendon, individually and as Successor Trustee of the Glendon 1989 Trust, as amended and restated; and Russell Bradley Glendon,<br><br>Defendants. | Case No. 2:24-CV-00666-ART-EJY<br><br>**ORDER** |

Upon stipulated motion of the parties (ECF No. 7), and good cause appearing,

IT IS HEREBY ORDERED that Delaware Life Insurance Company ("DLIC") shall maintain the Annuity Contract in force until such time either a) Andrew and Russell jointly agree to the disposition of the Annuity Contract in writing to DLIC, or b) DLIC is presented a final court order dictating the disposition of the Annuity Contract.

IT IS FURTHER ORDERED that DLIC and its agents shall be discharged from any and all further liability to any person or entity relating to or arising from the Annuity Contract pursuant to Rule 22, Fed. R. Civ. P. and 28 U.S.C. §§ 1335 and 2361.

IT IS FURTHER ORDERED that DLIC is awarded attorneys' fees and costs incurred to date from the Annuity Contract proceeds in the amount of $4,405.00, which

DLIC shall withdraw the fees and costs award from the Annuity Contract, without penalty. The remaining parties shall bear their own costs and attorneys' fees with respect to this action.

      IT IS FURTHER ORDERED that this is action is dismissed with prejudice.

_____
Anne R. Traum
United States District Judge

DATED: June 26, 2024